STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. ULYSSES G. MONTAGUE, DEFENDANT-RESPONDENT.

See same case below: 101 *N. J. Super.* 483.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the petitioner.

*Mr. Stanley C. Van Ness* and *Mr. Bruce Goldstein* for the respondent.

February 25, 1969. Granted.

EDWARD LANGE, *ET AL.*, PLAINTIFFS-PETITIONERS, v. CITY OF ASBURY PARK, ET AL., DEFENDANTS-RESPONDENTS.

*Messrs. Carton, Nary, Witt & Arvanitis* for the petitioners.

*Messrs. Lautman & Rapson* and *Mr. Norman H. Mesnikoff* for the respondents.

February 25, 1969. Denied.

RIDGEWOOD COUNTRY CLUB, PLAINTIFF-RESPONDENT, v. BOROUGH OF PARAMUS, DEFENDANT-PETITIONER.

*Messrs. Clapp & Eisenberg* and *Mr. Harry Heher, Jr.* for the petitioner.

*Messrs. Milton, Keane & DeBona* and *Mr. Thomas J. Brady* for the respondent.

February 25, 1969. Granted.